COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 center10985500
 October 5, 2016
 No. 10-16-00312-CR
 IN RE FREDDIE LEE WALLACE
 
 center-4254500
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Freddie Lee Wallace has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk
1112493749349700